UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY
FUNDS,

        Plaintiff,

    v.

WALTER A. ALLEN,

        Defendant.

Case No. 04-cv-4155-JPG

## JUDGMENT IN A CIVIL CASE

    **Decision by the Court.**  This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the Trustees of Central Laborers' Pension, Welfare & Annuity Funds and against the defendant Walter A. Allen in the amount of $69,316.97.

**DATED: February 6, 2007.**


                        **NORBERT G. JAWORSKI, CLERK**

                        **BY:s/Deborah Agans, Deputy Clerk**


**APPROVED:  s/ J. Phil Gilbert**
             **J. PHIL GILBERT**
             **U.S. District Judge**